JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-01458-RGK (RCx) | Date | June 12, 2008 |
| Title | BANKINTER GESTION DE ACTIVOS, S.G.I.I.C. ON BEHALF OF BK DIVIDENDO, et al. v. BP P.L.C., et al. | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** ORDER CLOSING CASE NUMBER CV 08-01458-RGK (RCx)

In light of the Court's issuance of the April 17, 2008 order granting IIG's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel**,** the Court hereby closes the following case: CV 08-01458-RGK (RCx) Bankinter Gestion De Activos, S.G.I.I.C. On Behalf of BK Dividendo et al v. BP P.L.C. et al.

All future filings must be made under case CV 07-07511-RGK (RCx).

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer slw